

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-14-00244-CR

ANDREW ADRIAN LEE GRAHAM                                 APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

## FROM THE 43RD DISTRICT COURT OF PARKER COUNTY
## TRIAL COURT NO. CR13-0433

----------

## MEMORANDUM OPINION[1]

----------

On June 19, 2014, Appellant Andrew Adrian Lee Graham filed a notice of appeal from the trial court's June 3, 2014 judgment adjudicating guilt and sentencing, as well as a motion for new trial and a motion in arrest of judgment. The trial court granted Graham's motion for new trial and motion in arrest of judgment. As Graham points out in his unopposed motion to dismiss the appeal,

---

[1]*See* Tex. R. App. P. 47.4.

the appeal is now moot. *See* Tex. R. App. P. 21.9 (providing that granting motion for new trial restores case to its position before former trial), 22.6(a) (providing that if judgment is arrested, the defendant is restored to the position he had before the indictment or information was presented). Thus, we grant Graham's motion to dismiss, and we dismiss this appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 25, 2014